# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 2, 2016

## NO. 03-15-00442-CR

**Marissa Calderon, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND**
**AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the order signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.